IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LEROY TITUS ELLIOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:24-CV-214 |
| | ) | |
| DUKE UNIVESITY PRESS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the parties. No objections were filed. The Court adopts the Magistrate Judge's Recommendation.

It is **ORDERED AND ADJUDGED** that the defendant's motion to dismiss, Doc. 10, is **GRANTED** and this action is **DISMISSED**.

This the 7th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE